# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

BENEFICIAL CONSUMER DISCOUNT COMPANY D/B/A BENEFICIAL MORTGAGE COMPANY OF PENNSYLVANIA,

               Respondent

        v.

PAMELA A. MCDEAVITT,

               Petitioner

: No. 222 WAL 2022
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of November, 2022, the Petition for Allowance of Appeal is **DENIED**.